UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 15-7921-MWF(RAOx)**                              Dated: **December 14, 2015**

Title:       Giovanni Pagone -*v*- ABM Onsite Services-West, Inc., et al.

PRESENT:    HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

| Rita Sanchez | Laura Elias |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

   Charles L. Shute                                Daniel J.H. Lee
                                                   Eric J. Wersching

**PROCEEDINGS:**   **PLAINTIFF'S MOTION TO REMAND REMOVED ACTION TO STATE COURT [10]**

   Case called, and counsel make their appearance. The Court hears oral argument from counsel and takes the matter under submission. An order will issue.

Initials of Deputy Clerk   rs
-1-                                                                  :08 min